# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:12-CR-174-MMD-(PAL) |
| PATRICK ONEAL GERVAIS, | ) ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE AS TO
## DEFENDANT PATRICK ONEAL GERVAIS

On October 31, 2012, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) forfeiting property of defendant PATRICK ONEAL GERVAIS to the United States of America. Amended Preliminary Order of Forfeiture, ECF No. 22.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant PATRICK ONEAL GERVAIS.

DATED this 21st day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE